AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

**OFFENSE CHARGED**
18 U.S.C. § 13, assim. Cal. Veh. Code § 2800.1 - Willfully Evading a Peace Officer (Class A Misdemeanor); 36 C.F.R. § 1004.22(b)(1) - Unsafe Operation of a Vehicle (Class B Misdemeanor)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

**DEFENDANT - U.S.**

▶ SARANKART VERADEJKAMHAENG

*MAG*

DISTRICT COURT NUMBER

**CR 08   0067**

**PENALTY:**
Maximum prison term of one year
Maximum fine of $100,000
Maximum supervised release term of one year
Mandatory $25 special assessment fee

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ 01/01/2008
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

*E-filing*

**PROCEEDING**
Name of Complainant Agency, or Person (&Title, if any)
United States Park Police

☐ person is awaiting trial in another Federal or State Court, give name of court

FILED
FEB - 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM   Joseph P. Russoniello
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  WENDY THOMAS

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08 0067 MAG |
| Plaintiff, ) | VIOLATIONS: 18 U.S.C. § 13, assimilating Cal. Veh. Code § 2800.1 - Willfully Evading a Peace Officer (Class A Misdemeanor); 36 C.F.R. § 1004.22(b)(1) - Unsafe Operation of a Motor Vehicle (Class B Misdemeanor). |
| v. ) | |
| SARANKART VERADEJKAMHAENG, ) | |
| Defendant. ) | SAN FRANCISCO VENUE |

INFORMATION

The United States Attorney charges:

COUNT ONE: 18 U.S.C. § 13, assimilating Cal. Veh. Code § 2800.1 - Willfully Evading a Peace Officer

On or about January 1, 2008, in the Northern District of California, within the boundaries of an area under the purview of the National Park Service and administered by the Presidio Trust, the defendant,

SARANKART VERADEJKAMHAENG,

did willfully flee from a pursuing peace officer's motor vehicle, with the intent to evade, while operating a motor vehicle, while all of the following conditions existed: the peace officer's vehicle was being driven by a peace officer, the peace officer was wearing a

INFORMATION

1  distinctive uniform, the peace officer's vehicle was distinctively marked, the peace officer's
2  vehicle was exhibiting at least one lighted red lamp that was visible from the front, the
3  defendant reasonably should have seen the lamp, and the peace officer's vehicle was
4  sounding a siren, in violation of Title 18, United States Code, Section 13, assimilating
5  California Vehicle Code Section 2800.1, a Class A Misdemeanor.

COUNT TWO: 36 C.F.R. § 1004.22(b)(1) - Unsafe Operation of a Motor Vehicle.

On or about January 1, 2008, in the Northern District of California, within the boundaries of an area under the purview of the National Park Service and administered by the Presidio Trust, the defendant,

SARANKART VERADEJKAMHAENG,

did operate a motor vehicle without due care and at a speed greater than that which is reasonable and prudent considering traffic, weather, road and light conditions, in violation of Title 36, Code of Federal Regulations, Section 1004.22(b)(1), a Class B Misdemeanor.

DATED: 2/8/2008

JOSEPH P. RUSSONIELLO
United States Attorney

KYLE F. WALDINGER
Chief, Major Crimes Section

(Approved as to form: _____)
WENDY M. THOMAS
Special Assistant United States Attorney

INFORMATION