rev. 9/6/07

| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 3 | | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE** | | **DEPUTY CLERK** | | **REPORTER/FTR** | | | |
| **MINUTE ORDER** | | Brenda Tolbert | | 9:42 - 9:45 | | | |
| MAGISTRATE JUDGE | | DATE | | NEW CASE | | CASE NUMBER | |
| HON. MARIA-ELENA JAMES | | February 12, 2008 | | ☐ | | CR-08-0067 MAG | |

| APPEARANCES | | | | | | | |
|---|---|---|---|---|---|---|---|
| DEFENDANT | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | | | PD. ☒ RET. ☐ |
| SARANKART VERADEJKAMHAENG | 23 | N | P | Geoff Hansen | | | APPT. ☒ |
| U.S. ATTORNEY | INTERPRETER | | | ☒ | FIN. AFFT ☒ SUBMITTED | | COUNSEL APPT'D |
| Lilian Tsang | | | | | | | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | | | DEF ELIGIBLE FOR ☒ APPT'D COUNSEL | | PARTIAL PAYMENT ☐ OF CJA FEES | |
| | Amy Berthelsen | | | | | | |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☒ INITIAL APPEAR | ☐ | PRELIM HRG | ☐ MOTION | | ☐ JUGM'T & SENTG | ☐ | STATUS |
| ☐ I.D. COUNSEL | ☒ | ARRAIGNMENT | ☐ BOND HEARING | | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ | OTHER |
| ☐ DETENTION HRG | ☐ | ID / REMOV HRG | ☐ CHANGE PLEA | | ☐ PROB. REVOC. | ☐ | ATTY APPT HEARING |

| INITIAL APPEARANCE | | | | | | |
|---|---|---|---|---|---|---|
| ☒ ADVISED OF RIGHTS | ☒ | ADVISED OF CHARGES | ☒ | NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME | |

**FILED**

FEB 1 2 2008

| ARRAIGNMENT | | | | | |
|---|---|---|---|---|---|
| ☒ ARRAIGNED ON INFORMATION | ☐ | ARRAIGNED ON INDICTMENT | ☒ | READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT.
NORTHERN DISTRICT OF CALIFORNIA

| RELEASE | | | | | |
|---|---|---|---|---|---|
| ☒ RELEASED ON O/R | ☐ | ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED ☐ CASH $ | | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | | |

| PLEA | | | | |
|---|---|---|---|---|
| ☒ CONSENT ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ | |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: | |

| CONTINUANCE | | | | | | |
|---|---|---|---|---|---|---|
| TO: 2-21-08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☒ | STATUS / TRIAL SET |
| AT: 9:30 A.M. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ | OTHER |
| BEFORE HON. MEJ | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ | JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ | PROB/SUP REV. HEARING |

| ADDITIONAL PROCEEDINGS |
|---|

Defendant Ordered to Marshals for Processing.

BT, PTS, MARSHALS