# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**
FEB 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number: CR-08-67

Defendant's Name: Sarankast Veradej Kamhaeng

Defense Counsel: Geoff Hansen

Sentencing Date: 6-5-08 @ 10:00

## NOTICE TO DEFENSE COUNSEL

The Court has directed that a

- [X] Presentence Investigation
- [ ] Bail Investigation
- [ ] Bail Supervision
- [ ] Postsentence Investigation
- [ ] 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the <u>Probation Office, Room 18400, **before leaving**</u> the Courthouse today to make necessary arrangements.

RICHARD W. WIEKING
Clerk

By:     **BRENDA TOLBERT**
        Deputy Clerk

C:   U.S. Probation

For Use of Courtroom Deputies:

Is defendant in custody? N

Is defendant English speaking? Yes

Defendant's address: