07/28/2008 01:54 PM EST

Version 7.0.1

## Case Debt Type Payment Report
### U.S. Courts

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | SARANKART VERADEJKAMHAENG | | SPECIAL PENALTY ASSESSMENT | 10.00 | 0.00 | CT 34611021682 | 1 | PR | 10.00 | 07/25/2008 |

Case No. DCAN308CR000067   US VS VERADEJKAMHAENG

Division Payment Total    10.00

Grand Total    10.00

$ 10.00 SPECIAL ASSESSMENT PAID IN FULL on 7/25/08

Page 1 of 1