IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SARANKART VERADEJKAMHAENG.<br><br>　　　　Defendant.　　　　　　　　　／ | No. CR- 08-0067 MAG<br><br>**SEALING ORDER PURSUANT TO GENERAL ORDER 54** |

The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

- ☒ Presence Report
- ☐ Plea Agreement
- ☐ Statement of Reasons
- ☐ _____
  (Other)

**IT IS SO ORDERED.**

Dated: August 18, 2008　　　　　　　　　　　　HON. MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

*United States District Court*
*For the Northern District of California*